| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lorene Lynn Mies<br>38975 Sky Canyon Drive, Suite 204<br>Murrieta, CA 92563<br>(951) 894-4791 Fax: (951) 894-4795<br>California State Bar Number: 110954<br><br>☒ Attorney for Debtor(s)<br>☐ Debtor(s) appearing without an attorney | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    Lamont Cedric Foster<br>    Janeen Yvelle Foster<br><br>                      Debtor(s). | CASE NO.: **6:11-bk-10639**<br>CHAPTER: **13**<br>**DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**<br>DATE: **February 17, 2011**<br>TIME: **1:30 p.m.**<br>COURTROOM: **303**<br>PLACE: **3420 Twelfth Street**<br>            **Riverside, CA 92501** |

    NAME OF CREDITOR HOLDING JUNIOR LIEN ("Respondent"):  **OneWest Bank, FSB**

**A. Property at Issue**: Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (hereinafter, "Lien") encumbering the following real property (hereinafter, the "Property"), which is the principal residence of debtor(s).

    Street Address:  **36022 Tarah Court**
    Unit Number: _____
    City, State, Zip Code:  **Winchester, CA 92596**

Legal description or document recording number (including county of recording):

**Lot 11 of RESUBDIVISION OF MORSE HEIGHTS, according to the Map thereof No. 8283, filed in the Office of the County Recorder of San Diego County, March 26, 1976.**

☒ See attached page.

**B. Case History:**

    1. A voluntary petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 was filed on: **1/7/2011**

    2. ☐ An Order of Conversion to Chapter 13 was entered on *(specify date)*:

**C. Grounds for Avoidance of Junior Lien:**

    1. As of **1/7/2011**, the Property is subject to the following liens in the amounts specified securing the debt against the Property, which the debtor seeks to have treated as indicated:

        i. **1st Mortgage, OneWest Bank** in the amount of $ **231,000** .

        ii. **2nd Mortgage, OneWest Bank, FSB** in the amount of $ **52,869.00** ☒ is ☐ is not to be avoided;

        iii. _____ in the amount of $ _____ ☐ is ☐ is not to be avoided;

        ☐ See attached page for additional lien(s).

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                                Page 1                                                  **F 4003-2.4.MOTION**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL www.bestcase.com

**2.** As of  1/7/2011 , Property is worth no more than $  215,000 .

    a. As a result, Respondent's Lien encumbering the Property is wholly unsecured.

**3. Evidence in Support of Motion:**

    a. ☒ The amount of the lien identified in paragraph C(1)(i) is based on  **OneWest Bank Reinstatement Demand** , attached hereto and identified as Exhibit  **2** .

    b. ☒ The amount of the lien identified in paragraph C(1)(ii) is based on  **Debtors' Credit Report** , attached hereto and identified as Exhibit  **3** .

    c. ☐ The amount of the lien identified in paragraph C(1)(iii)) is based on _____, attached hereto and identified as Exhibit ___.

    d. ☒ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit  **4** .

    e. ☒ The value of the Property from paragraph C(2) is based on  **Debtor's Declaration** , attached as

    f. ☒ Exhibit  **5** .

    g. ☒ Debtor submits the attached Declaration(s).

    h. ☒ Other evidence (specify):  **Grant Deed - Exhibit 1** 

**4. WHEREFORE, Debtor prays that this Court issue an Order granting the following relief:**

    a. That the Property is valued at no more than $ **215,000** .

    b. That no payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's ☒ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

    c. That the Respondent's claim on the junior position lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.

    d. That the avoidance of the Respondent's junior lien is contingent upon: The Debtor's ☒ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

    e. That the Respondent shall retain its lien in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's ☒ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

    f. That in the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

**5.** ☐ See attached continuation page for additional provisions.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010  
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL  www.bestcase.com

Page 2

F 4003-2.4.MOTION

Dated: <u>January 12, 2011</u>

Respectfully submitted,

By: _____[signature]_____
Signature of Debtor or Attorney for Debtor

Name: <u>Lorene Lynn Mies</u>
Type Name of Debtor or Attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                          Page 3                          F 4003-2.4.MOTION
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL www.bestcase.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

38975 Sky Canyon Drive, Suite 204, Murrieta, CA  92563

A true and correct copy of the foregoing document described as  *Notice of Motion and* **MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **1/12/2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

LORENE LYNN MIES - lorene@lmieslaw.com
AMRANE (RS) COHEN - efileRS@ch13ac.com
UNITED STATES TRUSTEE - ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **1/12/2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

HONORABLE CATHERINE BAUER
UNITED STATES BANKRUPTCY COURT
3420 Twelfth Street
Riverside, CA  92501

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 12, 2011 | Christine Carbonell | [signature] |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                                    Page 4                                                    F 4003-2.4.MOTION
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL  www.bestcase.com

**II. SERVED BY U.S. MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| Name of 1st Lien Holder & Address<br><br>OneWest Bank, FSB<br>Attn: Officer of the Bank<br>888 E. Walnut Street<br>Pasadena, CA 91101 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☒ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name: |
|---|---|---|
| Name of 1st Lien Holder - Agent for Service of Process<br>OneWest Bank, FSB<br>Attn: Officer of the Bank<br>6900 Beatrice Drive<br>Kalamazoo, MI 49009 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: *specify*<br>CREDIT REPORT | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name: |
| Name of 1st Lien Holder - Servicing Agent | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name: |

| Name of 2nd Lien Holder & Address<br>OneWest Bank, FSB<br>Attn: Officer of the Bank<br>888 E. Walnut Street<br>Pasadena, CA 91101 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☒ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☒ Certified Mail - Tracking# 7009 1680 0001 3204 0360<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name: |
|---|---|---|
| Name of 2nd Lien Holder - Agent for Service of Process<br>OneWest Bank, FSB<br>Attn: Officer of the Bank<br>6900 Beatrice Drive<br>Kalamazoo, MI 49009 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: *specify*<br>CREDIT REPORT | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name: |
| Name of 2nd Lien Holder - Servicing Agent | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name: |

| Name of 3rd Lien Holder & Address | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name: |
|---|---|---|
| Name of 3rd Lien Holder - Agent for Service of Process | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name: |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                                                 Page 5                                                                F 4003-2.4.MOTION
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL www.bestcase.com

**Address  2nd Mtg confirmed:** ✓FDIC  ☐CA Secty St.  ☐Other

Back to Search Bank Find

*Onewest Foster* (handwritten)

# Your Bank at a Glance as of 12/29/2010.

**OneWest Bank, FSB** (FDIC Cert: 58978) **is FDIC Insured.**

**OneWest Bank, FSB** has been FDIC insured since **March 19, 2009.**
It was established on **March 19, 2009.**
Its main office (headquarters) is located at:
>888 E Walnut St
>Pasadena, California 91101
>County of Los Angeles

Check to locate Branches Offices by state.

OneWest Bank, FSB's reported (or primary) website: http://www.owb.com:80/

**OneWest Bank, FSB** is chartered as a Savings Association. Therefore the primary federal regulator is the **O**
**Thrift Supervision (OTS)**. For **consumer assistance** regarding an issue with this institution, please contact directly using http://www.ots.treas.gov/?p=ConsumerComplaintsInquiries.

> Calculate your FDIC insurance coverage at OneWest Bank, FSB using FDIC EDIE at www.fdic.gov/edie.
> Last financial information available about OneWest Bank, FSB.
> Historical profile of Onewest Bank, Fsb.
>
> For additional information please click on one of the following:
> 1. For more information on Federal Deposit Insurance, Your Insured Deposits or Insured or Not Insured
> 2. View the industry's overall picture - Statistics at a Glance
>    (This will open a new window.)
> 3. Current Financial data about your bank - Institution Directory – Two years Financial Report
>    (This will open a new window.)
> 4. Examine your bank's financial data - FFIEC Call/TFR Report *9/30/2010 Latest Available*
> 5. Study branching and deposit market share - Summary of Deposits/Market Share
> 6. Analyze and compare individual institutions and create custom reports - Institution Directory – Compa
> 7. Review industry using 8 predefined reports - Statistics on Depository Institutions
> 8. Identify the latest performance trends in your state - Quarterly Banking Profile State Tables
>    (This will open a new window.)
> 9. Analyze institutions and custom peer groups - Statistics on Depository Institutions
> 10. View branch office deposit information - Summary of Deposits
> 11. Community Reinvestment Act (CRA) Performance Ratings - CRA Performance Ratings
> 12. FDIC's Disclaimer - FDIC's Disclaimer

Questions, Suggestions & Requests

Home | Contact Us | Search | Help | SiteMap | Forms

Freedom of Information Act (FOIA) Service Center | Website Policies | USA.gov | FDIC Office of Inspector General

FDIC Open Government Webpage | No FEAR Act Data

# Exhibit "1" - Legal Description

**RECORDING REQUESTED BY:**

**When Recorded Mail Document
and Tax Statement To:**

Janeen Johnson
36022 Tarah Court
Winchester, CA  92596



**Escrow No.** 24551-RCS
**Title Order No.** 153896 07
**APN:** 549-330-22

DOC # 2002-1103404
DEC 05, 2002  4:59 PM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:   7.00
OC:     NA

2002-1103404

...HIS LINE FOR RECORDER'S USE

## GRANT DEED

The undersigned grantor(s) declare(s)
Documentary transfer tax is $ 0 —        City tax $ _____
[  ] computed on full value of property conveyed, or
[  ] computed on full value less value of liens or encumbrances remaining at time of sale,
[  ] Unincorporated Area     City of _____

**FOR A VALUABLE CONSIDERATION**, receipt of which is hereby acknowledged,

Lamont Foster, husband of grantee

**hereby GRANT(S) to**

Janeen Johnson, a married woman as her sole and separate property

**the following described real property in the City of**     San Diego
**County of**     San Diego                                                                **State of California:**

Lot 11 of RESUBDIVISION OF MORSE HEIGHTS, according to the Map thereof No. 8283, filed in the Office of the County Recorder of San Diego County, March 26, 1976.


DATED:   21 October 2002

STATE OF CALIFORNIA
COUNTY OF   San Diego
ON  October 24, 2002   before me,
Norma Alexander, Notary Public  personally appeared
Lamont Foster

~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

Signature  _Norma Alexander_

_____
Lamont Foster

OFFICIAL SEAL
NORMA ALEXANDER
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 1334352
SAN DIEGO COUNTY
MY COMM. EXP. JAN. 10, 2006

MAIL TAX STATEMENT AS DIRECTED ABOVE

ATD-13 (Rev 4/94)                                    GRANT DEED

Exhibit 1

# Exhibit "2"  - 1st Mortgage –

# Reinstatement Demand

**TRUSTEE**
**CORPS**

17100 Gillette Avenue

Irvine, CA 92614

(949) 252-8300    fax (949) 752-7091

Date: December 14, 2010  T.S. #: CA05002383-10  Loan #1002878468  Beneficiary: ONEWEST BANK, FSB
Prepared By: EB

# REINSTATEMENT DEMAND

| | |
|---|---|
| Payments | $ 10,295.04 |
| Late charges | $    448.96 |
| Pending late charge | $     56.12 |
| SMR corp adv | $     67.00 |
| Inspections | $     11.00 |
| **Sub-Total fees due Beneficiary:** | **$ 10,878.12** |
| | |
| Sub-Total foreclosure fees/costs due Trustee: | $ 2,895.00 |

**TOTAL amount due to REINSTATE loan: $13,773.12**

**** IMPORTANT ****
THESE FIGURES ARE SUBJECT TO FINAL VERIFICATION UPON RECEIPT OF FUNDS

[Please note the following:]

**THIS STATEMENT EXPIRES ON:    1/7/2011    @    3:00p.m.**

PLEASE BE ADVISED THAT YOU MUST CONTACT OUR OFFICE AT LEAST 1-BUSINESS DAY PRIOR TO SENDING IN FUNDS FOR AN UPDATE ON THE TOTAL AMOUNT DUE TO REINSTATE THIS LOAN. TRUSTEE CORPS WILL NOT ACCEPT ANY FUNDS UNLESS THE TOTAL AMOUNT DUE IS VERIFIED PRIOR TO THE EXPIRATION DATE OF THIS DEMAND. TRUSTEE CORPS WILL NOT BE RESPONSIBLE FOR ANY SHORTAGE OF FUNDS. TRUSTEE CORPS AND THE LENDER ON THIS LOAN HAVE THE RIGHT TO REJECT AND RETURN ANY FUNDS, WHICH ARE NOT ADEQUATE TO REINSTATE THE DEFAULT.

**You must provide proof that the following items are paid current (prior to tendering funds):**
- SENIOR LIENS
- PROPERTY TAXES
- FIRE INSURANCE

Signed by: _[signature]_        Approved by: _[signature]_

Reinstatement/Pay Off Department

---

## REGARDING REINSTATEMENTS AND/OR PAY OFFS SENT TO *TRUSTEE CORPS:*

- *TRUSTEE CORPS* will only accept **CASH** or **CASHIER'S CHECKS** made payable in U.S. Dollars to *TRUSTEE CORPS.*
- **NO** personal checks, **NO** Title Company, **NO** Escrow Company, **NO** business checks or **NO** wire transfers will be accepted.
- *TRUSTEE CORPS* must verify all amounts due with the beneficiary prior to your tendering funds. You must contact *TRUSTEE CORPS* at least 1-business day before sending in funds.
- Funds must be delivered to *TRUSTEE CORPS* at: *17100 Gillette Ave., Irvine, CA 92614*
- Please direct any correspondence to: *REINSTATEMENT / PAY OFF DEPARTMENT; rprequests@trusteecorps.com*

Exhibit 2

ONEWEST BANK, F.S.B.
c/o Trustee Corps
17100 Gillette Ave
Irvine, CA 92614
Phone: 949-252-8300 REF# CA05002383-10-1

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

**REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION. NOTICE IS HEREBY GIVEN THAT:**

**MTC FINANCIAL Inc., dba Trustee Corps** is the original Trustee, duly appointed Substituted Trustee, or acting as Agent for the Trustee or Beneficiary under a Deed of Trust dated as of **December 30, 2002**, executed by **LAMONT CEDRIC FOSTER AND JANEEN JOHNSON FOSTER, HUSBAND AND WIFE AS JOINT TENANTS**, as trustor, to secure obligations in favor of **INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK**, as Beneficiary, recorded **December 31, 2002**, as Instrument No. **2002-793681** of the Official Records in the office of the Recorder of **Riverside** County, **California**, as more fully described on said Deed of Trust. Including a Note(s) for the sum of **$231,300.00** that the beneficial interest under said Deed of Trust and the obligations secured thereby are presently held by the Beneficiary; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of:

**THE INSTALLMENT OF PRINCIPAL AND INTEREST WHICH BECAME DUE ON 07/01/2010 AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL AND INTEREST, ALONG WITH LATE CHARGES, PLUS FORECLOSURE COSTS AND LEGAL FEES. PLUS ALL OF THE TERMS AND CONDITIONS AS PER THE DEED OF TRUST, PROMISSORY NOTE AND RELATED LOAN DOCUMENTS.**

That by reason thereof, the present Beneficiary under such Deed of Trust, has executed and delivered to MTC FINANCIAL Inc., dba Trustee Corps, said Trustee, a written Declaration and Demand for Sale, and has deposited with said duly appointed Trustee, such Deed of Trust and all documents evidencing the obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Date: September 30, 2010

MTC FINANCIAL Inc., dba Trustee Corps as Agent for the Beneficiary
By: Security Union Title Insurance Company, as authorized signatory



By:    SUSAN DANA

TRUSTEE CORPS IS A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

# Exhibit "3" - 2nd Mortgage – Credit Rpt.

**Suite Solutions**
ONLINE CREDIT REPORTING CORPORATION

11132 Winners Circle Ste 207
Los Alamitos, CA 90720
www.asuitesolution.com

Tel: (877) 311-1234
Fax: (877) 388-1234
Email: orders@asuitesolution.com

## DEBTOR INFORMATION

| | | | |
|---|---|---|---|
| Debtor: | **LAMONT C FOSTER** | Co-Debtor: | **JANEEN Y FOSTER** |
| Present Address: | 36022 TARAH CT<br>WINCHESTER, CA 92596-0000 | Bureaus Accessed: | **Equifax, Experian, TransUnion** |
| Former Address: | | | |
| Request ID: | DKKJL-1300184 | Report Date: | 11/10/2010 |

## PUBLIC RECORD INFORMATION

| Court Number | Docket Number | Date Filed | Liability | Plaintiff | Status Date | Reported By |
|---|---|---|---|---|---|---|
| 3012855 | HEC030091 | 08/09 | $3,465 | ATLANTIC CREDIT AND FINANCE IN | | XPN-1 EFX-1 TU-1 |

ADDITIONAL INFORMATION: HEMET MUNICIPAL - RIVE

## ACCOUNTS IN DESCENDING BALANCE ORDER

**WITH A BALANCE: 6  TOTAL $368,269**                                                                 **WITHOUT A BALANCE: 31**

| Creditor Name<br>Account Number<br>Loan Terms - Status | Date Opened<br>Date Last Reported | High Credit<br>Balance Owing | Payment Terms<br>Account Type<br>Past Due Amount<br>Last Activity Date | Account Type<br>Reported By | Creditor Contact Information |
|---|---|---|---|---|---|
| ONEWEST BANK<br>6681002878468<br>360 MONTHS-REPO | 12/02<br>11/10 | $231,300<br>**$212,365** | $1,471<br>MORTGAGE<br>$7,353<br>08/10 | INDIVIDUAL<br>XPN-2 EFX-2 TU-2 | ONEWEST BANK<br>6900 BEATRICE DR<br>KALAMAZOO, MI 49009<br>(800) 781-7399 |
| ADDITIONAL INFORMATION: |  | REPO-10/2010  60 SLOW-09/2010  60 SLOW-08/2010  30 SLOW-07/2010  30 SLOW-06/2010  30 SLOW-05/2010  30 SLOW-04/2010  30 SLOW-06/2009  30 SLOW-05/2009  30 SLOW-04/2009<br>HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT , FORECLOSURE PROCEEDING STARTED , ACCOUNT DELINQUENT 120 DAYS PAST DUE DATE , FORECLOSURE PROCEEDINGS STARTED , CONVENTIONAL REAL ESTATE LOAN | | | |
| **INDYMAC BK**<br>417002020000****<br>120 SLOW<br>*[handwritten: 2nd Mtg.]* | 12/03<br>05/08 | $48,000<br>$52,869 | $458<br>MORTGAGE<br>$2,242<br>11/07 | INDIVIDUAL<br>EFX-2 | INDYMAC BANK HOME LO<br>6900 BEATRICE DRIVE PO BOX 4045<br>KALAMAZOO, MI 49003-4045<br>(800) 781-7399 |
| ADDITIONAL INFORMATION: |  | 90 SLOW-04/2008  60 SLOW-03/2008  60 SLOW-02/2008  30 SLOW-01/2008  30 SLOW-07/2007  60 SLOW-04/2007  60 SLOW-03/2007  30 SLOW-02/2007  60 SLOW-12/2006  30 SLOW-11/2006  60 SLOW-10/2006  60 SLOW-09/2006  30 SLOW-08/2006  30 SLOW-06/2006  30 SLOW-05/2006<br>ACCOUNT CLOSED BY CREDIT GRANTOR , HOME EQUITY | | | |
| US DEPT OF EDUCATION<br>5542324692<br>300 MONTHS-CURRENT | 05/10<br>10/10 | $52,316<br>**$52,316** | $77<br>INSTALLMENT<br>$0<br>09/10 | INDIVIDUAL<br>XPN-2 EFX-2 TU-2 | US DEPT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE, TX 75403<br>(800) 848-0979 |
| ADDITIONAL INFORMATION: |  | STUDENT LOAN | | | |
| US DEPT OF EDUCATION<br>5542324691<br>329 MONTHS-CURRENT | 07/01<br>10/10 | $45,258<br>**$43,323** | $53<br>INSTALLMENT<br>$0<br>09/10 | INDIVIDUAL<br>XPN-2 EFX-2 TU-2 | US DEPT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE, TX 75403<br>(800) 848-0979 |
| ADDITIONAL INFORMATION: |  | STUDENT LOAN | | | |

*[handwritten: Exhibit 3]*

Debtor(s): L. Foster/J. Foster                                    1 of 10                                    Request ID: DKKJL-1300184

**Exhibit "4"  - Schedule D**

B6D (Official Form 6D) (12/07)

In re  **Lamont Cedric Foster,**  
      **Janeen Yvelle Foster**

Case No. __**6:11-bk-10639**__

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx034-3 <br> **Creditor #: 1** <br> **Don Kent, Treasurer** <br> **4080 Lemon Street (1st Floor)** <br> **Riverside, CA 92502** | | C | 2010 <br><br> Property Taxes <br><br> Principle Residence: <br> 36022 Tarah Court <br> Winchester, CA 92596 | | | | | |
| | | | Value $      215,000.00 | | | | 3,386.14 | 3,386.14 |
| Account No. x1485 <br> **Creditor #: 2** <br> **Monet** <br> **c/o The Prescott Companies** <br> **5966 La Place Court Suite 170** <br> **Carlsbad, CA 92008** | | C | Current <br><br> HOA Dues <br><br> Principle Residence: <br> 36022 Tarah Court <br> Winchester, CA 92596 | | | | | |
| | | | Value $      215,000.00 | | | | 0.00 | 0.00 |
| Account No. x1845 <br> **Creditor #: 3** <br> **Monet** <br> **c/o The PRescott Companies** <br> **5966 La Place Court Suite 170** <br> **Carlsbad, CA 92008** | | C | 2009-2010 <br><br> HOA Dues- ARREARS <br><br> Principle Residence: <br> 36022 Tarah Court <br> Winchester, CA 92596 | | | | | |
| | | | Value $      215,000.00 | | | | 1,193.00 | 1,193.00 |
| Account No. xxxxxxxxx8468 <br> **Creditor #: 4** <br> **Onewest Bank** <br> **6900 Beatrice Dr** <br> **Kalamazoo, MI 49009** | | W | Opened 12/31/02  Last Active  8/09/10 <br><br> First Mortgage <br><br> Principle Residence: <br> 36022 Tarah Court <br> Winchester, CA 92596 | | | | | |
| | | | Value $      215,000.00 | | | | 231,300.00 | Unknown |
| __1__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 235,879.14 | 4,579.14 |

*Exhibit 4* (handwritten)

B6D (Official Form 6D) (12/07) - Cont.

In re  Lamont Cedric Foster,
       Janeen Yvelle Foster
                                                                    Case No.  **6:11-bk-10639**

                                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **TS#CA05002383-10**<br><br>MTC Financial, Inc.<br>dba Trustee Corps<br>17100 Gillette Avenue<br>Irvine, CA 92614 | | | Additional Notify:<br>Onewest Bank<br><br>Value $ | | | | Notice Only | |
| Account No. **xxxxxxxxxxxx6439**<br>Creditor #: 5<br>Onewest Bank, FSB<br>Attn: Officer of the Bank<br>888 E. Walnut STreet<br>Pasadena, CA 91101 | | W | Opened 12/01/03  Last Active 11/01/07<br>Second Mortgage<br>Principle Residence:<br>36022 Tarah Court<br>Winchester, CA 92596<br>Value $         215,000.00 | | | | 52,869.00 | 52,869.00 |
| Account No. **5889**<br><br>Onewest Bank<br>Attn: Officer of the Bank<br>6900 Beatrice Drive<br>Kalamazoo, MI 49009 | | | Additional Notify:<br>Onewest Bank, FSB<br><br>Value $ | | | | Notice Only | |
| Account No.<br><br>Weinstein & Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121 | | | Additional Notify:<br>Onewest Bank, FSB<br><br>Value $ | | | | Notice Only | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 52,869.00 | 52,869.00

Total (Report on Summary of Schedules) | 288,748.14 | 57,448.14

# Exhibit "5" - Debtors' Declaration

## DECLARATION OF DEBTORS

We, Lamont & Janeen Foster declare as follows:

1. We are the Debtors in this matter. If called to do so, we could and would testify to the following, all of which is within our personal knowledge unless otherwise stated.

2. This case was commenced on January 7, 2011, when we filed our Chapter 13 Petition.

3. We currently own a home located at 36022 Tarah Court, Winchester, CA 92596 which is the real property located in the State of California, legally described as : LOT 11 OF RESUBDIVISION OF MORSE HEIGHTS, ACCORDING TO THE MAP THEREOF NO. 8283, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MARCH 26, 1976.

4. We believe that our house is worth $215,000. We believe this to be the value because we have lived in this neighborhood for several years and have seen the economy change and the effect it has had on the real estate in this neighborhood. Based on the size and model and current condition of our home, it is our opinion that our home is now worth $215,000. Our home is over eight years old, there are settling/stress cracks that require repair, the upstairs flooring needs replacement, the interior and exterior walls are in need of repair and paint, there is a leaking faucet and kitchen upgrades needed. In addition, the back yard needs landscaping and there are drainage issues that need attention.

5. There is a 1st Mortgage on our house with OneWest Bank; the balance is approximately **$231,000.** See, *Reinstatement Demand*, a true and correct copy of which is attached hereto as **Exhibit "2"**.



Exhibit 5

6. There is also a 2nd Mortgage on our house with Onewest; the balance is approximately **$52,869 according to our recent credit report**. We have not been receiving regular statements since we have fallen behind in payments, therefore we are unable to attach any statements to this Declaration.

7. Based upon the foregoing, the 2nd Trust Deed is, and for all intents and purposes, a wholly unsecured debt. The chapter 13 Plan, therefore, provides for the avoidance of the 2nd Trust Deed as an encumbrance on the Residence.

We affirm under penalty of perjury under the laws of the Untied States of America that the foregoing is true and correct, and that this declaration was executed in Murrieta California on January 7, 2011, at Murrieta, California.

_____
Lamont Foster, Debtor

_____
Janeen Foster, Debtor